UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BOBBY L. MAGWOOD,

    Petitioner,

vs.    Case No. 3:08-cv-747-J-12JRK

WALTER A. MCNEIL, etc.;
et al.,

    Respondents.

## ORDER

THIS CAUSE was initiated upon the filing of a Petition for Writ of Habeas Corpus by the Petitioner. On December 15, 2008, Respondents filed a Motion for More Definite Statement, or for Extension of Time to Respond to Petition for Habeas Corpus (Doc. #11). The Motion for More Definite Statement will be granted due to the fact that Petitioner failed to provide supporting facts for each ground raised in the Petition. Petitioner should not merely refer to state court documents. He should provide particularized facts supporting each ground.

Accordingly, it is now

**ORDERED:**

1. Respondents' December 15, 2008, Motion for More Definite Statement (Doc. #11) is **GRANTED**.

2. Respondents' December 15, 2008, Motion for Extension of Time to Respond to Petition for Habeas Corpus (Doc. #11) is **DENIED AS MOOT**.

3. The Clerk of the Court shall provide Petitioner with habeas corpus petition forms.

4. Petitioner shall file an Amended Petition with particularized supporting facts for each ground raised within **THIRTY (30) DAYS** from the date of this order. Petitioner should completely fill out the habeas petition form. Failure to do so will result in the dismissal of this action without further notice.

**DONE AND ORDERED** this 21st day of January, 2009.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sa 1/14
c:
Bobby L. Magwood
Ass't A.G. (McCoy)